UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO. 04-30023-MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID McCARTHY, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

## ANSWER AND DEMAND FOR TRIAL BY JURY

**I.  JURISDICTION**

1. As to the allegations in this paragraph under the subheading "Jurisdiction," the defendants deny the allegations.

2. As to the allegations in this paragraph under the subheading "Jurisdiction," the defendants deny the allegations.

360169

## II. PARTIES

3. The defendants neither admit nor deny the allegations contained in paragraph 3 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

4. The defendants neither admit nor deny the allegations contained in paragraph 4 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

5. The defendants neither admit nor deny the allegations contained in paragraph 5 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

6. The defendants neither admit nor deny the allegations contained in paragraph 6 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

## III. STATEMENT OF FACTS

7. The defendants neither admit nor deny the allegations contained in paragraph 7 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

8. The defendants neither admit nor deny the allegations contained in paragraph 8 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

360169

9. The defendants neither admit nor deny the allegations contained in paragraph 9 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

10. The defendants neither admit nor deny the allegations contained in paragraph 10 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

11. The defendants neither admit nor deny the allegations contained in paragraph 11 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

12. The defendants neither admit nor deny the allegations contained in paragraph 12 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

13. The defendants neither admit nor deny the allegations contained in paragraph 13 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

14. The defendants neither admit nor deny the allegations contained in paragraph 14 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

15. The defendants neither admit nor deny the allegations contained in paragraph 15 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

360169

16. The defendants neither admit nor deny the allegations contained in paragraph 16 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

17. The defendants neither admit nor deny the allegations contained in paragraph 17 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

18. The defendants neither admit nor deny the allegations contained in paragraph 18 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

19. The defendants neither admit nor deny the allegations contained in paragraph 19 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

20. The defendants neither admit nor deny the allegations contained in paragraph 20 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

21. The defendants neither admit nor deny the allegations contained in paragraph 21 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

22. The defendants neither admit nor deny the allegations contained in paragraph 22 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

23. The defendants neither admit nor deny the allegations contained in paragraph 23 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

24. The defendants neither admit nor deny the allegations contained in paragraph 24 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

25. The defendants neither admit nor deny the allegations contained in paragraph 25 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

26. The defendants neither admit nor deny the allegations contained in paragraph 26 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

27. The defendants neither admit nor deny the allegations contained in paragraph 27 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

28. The defendants neither admit nor deny the allegations contained in paragraph 28 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

29. The defendants neither admit nor deny the allegations contained in paragraph 29 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

30. The defendants neither admit nor deny the allegations contained in paragraph 30 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

31. The defendants neither admit nor deny the allegations contained in paragraph 31 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

32. The defendants neither admit nor deny the allegations contained in paragraph 32 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

33. The defendants neither admit nor deny the allegations contained in paragraph 33 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

34. The defendants neither admit nor deny the allegations contained in paragraph 34 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

35. The defendants neither admit nor deny the allegations contained in paragraph 35 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

36. The defendants neither admit nor deny the allegations contained in paragraph 36 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to her burden of proof.

360169

37. The defendants deny the allegations contained in paragraph 37 of the plaintiff's complaint.

IV.    **CAUSES OF ACTION**

   **COUNT I:  ILLEGAL ARREST AND UNLAWFUL IMPRISONMENT**

38. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

39. The defendants deny the allegations contained in paragraph 39 of the plaintiff's complaint.

40. The defendants deny the allegations contained in paragraph 40 of the plaintiff's complaint.

   **COUNT II:    EXCESSIVE FORCE, HARASSMENT, AND INTIMIDATION**

41. The defendants repeat and reallege their answers to the allegations contained in paragraphs 37 of the plaintiff's complaint and incorporate them herein by reference.

42. The defendants deny the allegations contained in paragraph 42 of the plaintiff's complaint.

   **COUNT III:    ASSAULT AND BATTERY**

43. The defendants deny the allegations contained in paragraph 43 of the plaintiff's complaint.

44. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

360169

45. The defendants deny the allegations contained in paragraph 45 of the plaintiff's complaint.

**COUNT IV:   CONSPIRACY TO VIOLATE CIVIL RIGHTS**

46. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

47. The defendants deny the allegations contained in paragraph 47 of the plaintiff's complaint.

48. The defendants deny the allegations contained in paragraph 48 of the plaintiff's complaint.

**COUNT V:   ABUSE OF PROCESS**

49. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

50. The defendants deny the allegations contained in paragraph 50 of the plaintiff's complaint.

51. The defendants deny the allegations contained in paragraph 51 of the plaintiff's complaint.

**COUNT VI:   RECKLESS AND/OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

52. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

53. The defendants deny the allegations contained in paragraph 53 of the plaintiff's complaint.

**COUNT VII:**     **UNCONSTITUTIONAL POLICY OR CUSTOM/GROSS NEGLIGENCE**

54. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

55. The defendants deny the allegations contained in paragraph 55 of the plaintiff's complaint.

56. The defendants deny the allegations contained in paragraph 56 of the plaintiff's complaint.

57. The defendants deny the allegations contained in paragraph 57 of the plaintiff's complaint.

58. The defendants deny the allegations contained in paragraph 58 of the plaintiff's complaint.

59. The defendants deny the allegations contained in paragraph 59 of the plaintiff's complaint.

**COUNT VIII:**     **NEGLIGENCE/MASSACHUSETTS TORT CLAIM**

60. The defendants deny the allegations contained in paragraph 60 of the plaintiff's complaint.

61. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 37 of the plaintiff's complaint and incorporate them herein by reference.

62. The defendants deny the allegations contained in paragraph 62 of the plaintiff's complaint.

63. The defendants deny the allegations contained in paragraph 63 of the plaintiff's complaint.

360169

## SECOND DEFENSE

The defendants say that the plaintiff has failed to comply with the requirements of M.G.L. c. 258, §§ 2 and 4 and, as such, the complaint must be dismissed.

## THIRD DEFENSE

The defendants say that it is immune from liability in this case.

## FOURTH DEFENSE

The defendants say that the discretionary function exemption applies so as to preclude the imposition of liability in this case.

## FIFTH DEFENSE

The defendants say that M.G.L. c. 258, § 10 precludes the imposition of liability in this case.

## SIXTH DEFENSE

The defendants say that they are immune from liability as defendants' actions are privileged.

## SEVENTH DEFENSE

The defendants cannot be held liable for violating the civil rights of the plaintiff as there has been no official or unofficial policy, custom, ordinance, regulation, or practice resulting in the deprivation of constitutional rights alleged.

## EIGHTH DEFENSE

The defendants say that the claims alleged pursuant to M.G.L. c. 12, § 11H and I must be dismissed as there are no allegations of deprivation of constitutional and/or statutory rights by force, threat, intimidation, or coercion.

## NINTH DEFENSE

The doctrine of qualified immunity precludes the imposition of liability.

360169

### TENTH DEFENSE

The defendants say that at the time of the alleged incident the plaintiff was guilty of a violation of the law which contributed to the alleged incident.

### ELEVENTH DEFENSE

The defendants say that this action was not commenced within the time required by the laws made and provided therefor.

### TWELFTH DEFENSE

The defendants say that the injuries and damages alleged were caused in whole or in part by the plaintiff's own negligence, which was as great or greater than any negligence of the defendants.

### THIRTEENTH DEFENSE

The defendants say that if they were negligent as alleged which they specifically deny, the negligence of the plaintiff was greater than the alleged negligence of the defendants and, therefore, the plaintiff cannot recover.

### FOURTEENTH DEFENSE

The defendants say that the plaintiff's own negligence contributed to the cause of the accident and, therefore, the recovery of damages, if any, must be reduced in accordance with the law.

### FIFTEENTH DEFENSE

The defendants say that the injuries and damages alleged were caused, in whole or in part, by the plaintiff's own negligence.

360169

### SIXTEENTH DEFENSE

The defendants say that the accident as alleged in the plaintiff's complaint was not caused by any person for whose conduct the defendants are legally responsible.

### SEVENTEENTH DEFENSE

The defendants say that at the time of the alleged accident the plaintiff was guilty of a violation of the law which contributed to the alleged accident.

### EIGHTEENTH DEFENSE

The defendants say that this action was not commenced within the time required by the laws made and provided therefor.

### NINTEENTH DEFENSE

The defendants say that due written notice of the time, place, and cause of the plaintiff's injuries was not given by the plaintiff to the said defendants, and as a result the defendants have been prejudiced.

### TWENTIETH DEFENSE

The plaintiff is not entitled to recover as the complaint does not set forth a claim upon which relief can be granted.

### TWENTY-FIRST DEFENSE

The defendants say that if plaintiff was injured as alleged, such was due to the acts or negligence of another, which constitute an intervening, superseding cause and, therefore,

360169

defendants are not liable.

THE DEFENDANTS HEREBY DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

>THE DEFENDANTS
>DONALD S. ROBINSON, Individually and
>in His Official Capacity as a Police Officer
>for the Town of Greenfield Police
>Department
>
>WILLIAM GORDON, Individually and
>in His Official Capacity as a Police Officer
>for the Town of Greenfield Police
>Department
>
>DAVID W. RICE, Individually and
>in His Official Capacity as a Police Officer
>for the Town of Greenfield Police
>Department
>
>DAVID McCARTHY, Individually and
>in His Official Capacity as a Police Officer
>for the Town of Greenfield Police
>Department
>
>By_____
>Jeffrey L. McCormick, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, Massachusetts 01115
>Phone (413) 732-2301  Fax (413) 785-4658
>BBO No.: 329740

### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this _16_ day of April, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Jeffrey S. Brown, Esq., MacNicol, Tombs & Brown, LLP, 393 Main Street, P.O. Box 985, Greenfield, MA 01302.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick

360169