UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| PAULA A. KRAUSE,<br>Plaintiff<br><br>V.<br><br>DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department | CIVIL ACTION NO: 04 30023- MAP |

## MOTION TO CONTINUE CONFERENCE

NOW COMES the plaintiff, Paula A. Krause, by and through counsel, and moves to continue the conference/hearing scheduled for Thursday, June 3, 2004 at 10:00 am.

As reason therefore, plaintiff's counsel states that he never received notice of said conference/hearing and he is scheduled to appear in another court at the same time. On May 19, 2004 plaintiff's counsel wrote to the Court inquiring about a lack of notification relating to this and another matter pending in this court. A copy of said letter is attached hereto and incorporated herein.

Plaintiff's counsel will be on vacation from June 25, 2004 through July 9, 2004.

DATED: June 3, 2004

The plaintiff,

Paula A. Krause

By: _____
Jeffrey S. Brown
MacNicol, Tombs & Brown, LLP
393 Main Street, P.O. Box 985
Greenfield, MA 01302
413-772-8600
BBO# 558787

ASSENTED TO:

_____
Jeffrey L. McCormick, Counsel for the Defendants

## AFFIDAVIT OF JEFFREY S. BROWN

I, Jeffrey S. Brown, swear and affirm that the information contained in the foregoing motion is true and accurate.

Signed under the pains and penalties of perjury this 3rd day of June, 2004.

_____
Jeffrey S. Brown

## CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby certify that I served the foregoing motion by facsimile on the defendants' counsel, Jeffrey L. McCormick, on this 3rd day of June, 2004.

_____
Jeffrey S. Brown