UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| PAULA A. KRAUSE,<br>Plaintiff<br><br>V.<br><br>DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department | CIVIL ACTION NO: 04 30023- MAP |

## JOINT SCHEDULING CONFERENCE MEMORANDUM

### 1. PROPOSED DISCOVERY PLAN

A. Automatic disclosure to be completed by July 16, 2004;

B. Discovery, including interrogatories, requests for production and requests for admissions be propounded and responded to by January 15, 2005;

C. Plaintiff's experts to be designated by February 15, 2005, and defendant's experts designated by March 15, 2005;

D. Depositions of all experts to be completed by May 15, 2005;

E. All other depositions including those of parties and witnesses, to be completed by June 15, 2005;

## 2. MOTIONS

Dispositive motions to be served by July 15, 2005, with oppositions thereto, if any, to be filed by August 15, 2005.

## 3. SETTLEMENT

Plaintiff has made a settlement demand.

## 4. OTHER MATTERS

None at this time.

## 5. TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent to a trial by Magistrate Judge.

DATED: June 9, 2004

The plaintiff,

By _____
Jeffrey S. Brown
MacNicol, Tombs & Brown, LLP
393 Main Street, P.O. Box 985
Greenfield, MA 01302
413-772-8600 Fax 413-772-1999
BBO# 558787

The defendants,

By _____
Jeffrey L. McCormick
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
413-732-2301 Fax 413-785-4658
BBO# 329740