# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| PAULA A. KRAUSE,<br>Plaintiff<br><br>V.<br><br>DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department<br><br>DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department | CIVIL ACTION NO: 04 30023- MAP |

## PLAINTIFF'S RULE 16 BUDGET CERTIFICATION

We, Paula A. Krause, plaintiff, and Jeffrey S. Brown, counsel for the plaintiff, hereby certify and affirm that we have conferred with each other regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including resolution of litigation through the use of alternative dispute resolution.

DATED: June 3, 2004                    The plaintiff,

                                       _____
                                       Paula A. Krause

                                       _____
                                       Jeffrey S. Brown
                                       MacNicol, Tombs & Brown, LLP
                                       393 Main Street, P.O. Box 985
                                       Greenfield, MA 01302
                                       413-772-8600
                                       BBO# 558787

## CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby certify that I served the foregoing motion by facsimile on the defendants' counsel, Jeffrey L. McCormick, on this 9th day of June, 2004.

_____
Jeffrey S. Brown