# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO. 04-30023-MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID McCARTHY, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department,<br>Defendants | )<br>)<br>)<br>)<br>) |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

It is hereby certified that the undersigned has conferred, with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and has considered the resolution of the litigation through the use of Alternative Dispute

367371

Resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS INSURERS
INSOLVENCY FUND

By _____
Paul Perry

By _____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 329740

367371