UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAULA A. KRAUSE, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30023-MAP |
| | ) | |
| DONALD S. ROBINSON, Individually | ) | |
| and in His Official Capacity as a Police | ) | |
| Officer for the Town of Greenfield Police | ) | |
| Department | ) | |
| | ) | |
| WILLIAM GORDON, Individually and | ) | |
| in His Official Capacity as a Police | ) | |
| Officer for the Town of Greenfield Police | ) | |
| Department | ) | |
| | ) | |
| DAVID McCARTHY, Individually and | ) | |
| in His Official Capacity as a Police | ) | |
| Officer for the Town of Greenfield Police | ) | |
| Department, | ) | |
| Defendants | ) | |

SCHEDULING ORDER
June 14, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held

this day:

1.    All discovery, including depositions, shall be completed by January 21,

2005.

2.    Counsel shall appear for a case management conference on January 26,

2005, at 3:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge