UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

|  |  |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>)<br>) |
| V. | )   CIVIL ACTION NO: 04 30023- MAP |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>    Defendants | )<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO COMPLETE DISCOVERY

### ASSENTED TO

The defendants in the above matter respectfully move this Court for an extension of time to complete discovery, extending the discovery dates for an additional sixty days. The defendants say that their counsel, the undersigned, has had an extremely busy schedule for the past number of months, including a heavy trial schedule following an

388689

extended period of medical treatment. As a result, the defendants respectfully assert that this amount of time is necessary to complete the necessary discovery in this case.

The plaintiffs have kindly assented to this motion.

| ASSENTED TO | Respectfully submitted |
|---|---|
| THE PLAINTIFF | THE DEFENDANTS |

By _Jeffrey S. Brown/ w/ permission_  By _[signature]_
Jeffrey S. Brown                         Jeffrey L. McCormick
MacNicol, Tombs & Brown, LLP             Robinson Donovan, P.C.
393 Main Street, P.O. Box 985            1500 Main Street, Suite 1600
Greenfield, MA 01302                     Springfield, MA 01115
413-772-8600 Fax 413-772-1999            413-732-2301 Fax 413-785-4658
BBO# 558787                              BBO# 329740

## CERTIFICATE OF CONSULTATION

Counsel for the parties have conferred on this matter and the plaintiffs have kindly assented to this motion.

The Defendants

By _[signature]_
Jeffrey L. McCormick, Esq.

## CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this 12th day of January, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Jeffrey S. Brown, Esq., MacNicol, Tombs & Brown, LLP, 393 Main Street, P.O. Box 985, Greenfield, MA 01302.

Subscribed under the penalties of perjury.

_[signature]_
Jeffrey L. McCormick

388689