UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA A. KRAUSE,                )
       Plaintiff(s)      )
                                )
                                )
   v.                           )      Civil Action No. 04-30023-MAP
                                )
                                )
DONALD S. ROBINSON, et al.,     )
       Defendant(s))

REVISED SCHEDULING ORDER
January 13, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's Motion for Extension of Time for the Parties to Complete Discovery (Doc. No. 14). The following revised schedule is now in effect:

1. All discovery, including depositions, shall be completed by March 21, 2005.

2. Counsel shall appear for a case management conference on March 24, 2005, at 10:30 a.m. in Courtroom Three. The January 26, 2005 case management conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

   IT IS SO ORDERED.

January 13, 2005                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge