UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04 30023- MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department | )<br>)<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department | )<br>)<br>)<br>)<br>) |
| DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department | )<br>)<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department<br>    Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the defendants, Donald S. Robinson, William Gordon, David W. Rice and David McCarthy, in the above-captioned matter.

    THE DEFENDANTS,
DONALD S. ROBINSON,
WILLIAM GORDON, DAVID
W. RICE AND DAVID
MCCARTHY

By    /s/Dorothy Varon
Dorothy Varon, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO No.: 629609

389387