✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

PAULA KRAUSE

**NOTICE**

V.

DONALD ROBINSON, et al.                                    CASE NUMBER:   04-30023-MAP

TYPE OF CASE:

☒  **CIVIL**          **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **March 24, 2005, at 10:30 a.m.** | **March 31, 2005, at 2:00 p.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 9, 2005                                                      /s/ *Bethaney A. Healy*

DATE                                                                   (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD