# MacNICOL, TOMBS & BROWN, LLP
## ATTORNEYS AT LAW
393 MAIN STREET
POST OFFICE BOX 985
GREENFIELD, MASSACHUSETTS 01302

DONNA L. MacNICOL
SUSAN M. TOMBS
JEFFREY S. BROWN

TELEPHONE 413-772-8600
FACSIMILE 413-772-1999
EMAIL jsbrwn@comcast.net

June 16, 2005

Clerk
United States District Court
District of Massachusetts, Western Division
1550 Main Street
Springfield, MA 01103

RE:    KRAUSE V. ROBINSON, ET AL
UNITED STATES DISTRICT COURT
CIVIL ACTION NO.: 04-30023-MAP

Dear Madam / Sir:

Pursuant to the Court's order of June 3, 2005, the parties to the above captioned action hereby report that they are unable to consent to a trial before a Magistrate Judge.

Your cooperation in this regard is greatly appreciated. If you have any questions or concerns, please feel free to contact me.

Very truly yours,

JEFFREY S. BROWN

JSB:bag

CC:    Jeffrey L. McCormick, Esq.