UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAULA A. KRAUSE

    V.                                                         CA NO:   04-30023-MAP

DONALD ROBINSON

### NOTICE OF TRIAL

JULY 6, 2005

Jury trial in the above captioned matter shall commence on December 12, 2005 at 9:00 a.m. Motions in Limine, Proposed Jury Instructions and Proposed Voir Dire questions shall be filed by counsel on or before December 5, 2005    Trial shall proceed from 9:00 to 1:00 p.m. daily unless otherwise notified by the Court.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

BY    /s/Elizabeth A. French
_____
Elizabeth A. French
Deputy Clerk