UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff<br>V.<br><br>DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department<br><br>WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department<br><br>DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department<br><br>DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 04 30023 - MAP |

## DEFENDANTS' PROPOSED JURY INSTRUCTIONS

    The defendants hereby submit Proposed Jury Instructions.

    RESPECTFULLY SUBMITTED
THE DEFENDANTS
DONALD S. ROBINSON, Individually and in His Official
Capacity as a Police Officer for the Town of Greenfield
Police Department,
WILLIAM GORDON, Individually and in His Official
Capacity as a Police Officer for the Town of Greenfield
Police Department,
DAVID W. RICE, Individually and in His Official
Capacity as a Police Officer for the Town of Greenfield
Police Department,
DAVID McCARTHY, in His Official
Capacity as Chief of Police for the Town of
Greenfield Police Department

By    */s/ Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413)732-2301  Fax (413)785-4658
BBO No.: 329740

415310