UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PAULA KRAUSE**

    **V.**

**DONALD ROBINSON**               **CASE NO.   CA 04-30023**

## NOTICE OF RESCHEDULING

PLEASE TAKE that the above-entitled case has been   RESET   for JURY TRIAL   on   January 3, 2006 at 9:00 A.m.   before Michael A. Ponsor, U.S. D.J   In Courtroom #   1   on the   5th   floor.

                                        **SARAH THORNTON**
                                        **CLERK OF COURT**

12/7/05                                        **By: /s/ Elizabeth A. French**
    Date                                               **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically and confirmed by phone**

(Notice of Hearing.wpd - 7/99)                                      [kntchrgcnf.]
                                                                                      [ntchrgcnf.]