UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 04-30023-MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>    Defendants | )<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO POSTPONE TRIAL

The Defendants in the above matter respectfully move this Court for an Order postponing the trial which is currently set to begin this coming Tuesday, January 3, 2006.

As grounds for the Motion, the Defendants state the following:

1. Defendants' counsel, the undersigned, has just this morning received a telephone call from the wife of one of the Defendants, David McCarthy, advising him of the following: David McCarthy (the Chief of Police at the time of the alleged incident) has suffered a stroke and has also been diagnosed with pneumonia. His complete medical condition is unclear at this time, and he is going to be going through a series of tests.

416762

2. Under the circumstances, it is respectfully submitted that the Trial cannot go forward now until Mr. McCarthy's medical condition is better understood and it is known when he would be able to take part in the Trial.

3. The undersigned has this morning spoken by telephone with counsel for the Plaintiff, and, during that conversation, he was advised of the above.

It is respectfully requested, therefore, that the scheduled Trial be postponed until the undersigned can report to the Court as to when David McCarthy will be in a position to take part in a Trial, at which time the Court can schedule a new Trial date.

RESPECTFULLY SUBMITTED
THE DEFENDANTS
DONALD S. ROBINSON, Individually and in
His Official Capacity as a Police Officer for the
Town of Greenfield Police Department
WILLIAM GORDON, Individually and in His
Official Capacity as a Police Officer for the
Town of Greenfield Police Department
DAVID W. RICE, Individually and in His
Official Capacity as a Police Officer for the
Town of Greenfield Police Department
DAVID McCARTHY, in His Official
Capacity as Chief of Police for the Town of
Greenfield Police Department

By_____
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413)732-2301  Fax (413)785-4658
BBO No.: 329740

### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this 27th day of December, 2005, I served a copy of the above upon the parties in the action by facsimile [(413) 772-1999] and mailing, postage prepaid, to Jeffrey S. Brown, Esq., MacNicol, Tombs & Brown, LLP, 393 Main Street, P.O. Box 985, Greenfield, MA 01302.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick, Esq.