UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 04 30023- MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>　　Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>　　Defendants | )<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's order, the defendants report as to the medical status of the defendant David McCarthy and the ability to go forward with trial on a new date. The undersigned, as counsel for the defendants, is advised that after Mr. McCarthy suffered a stroke, he experienced other smaller strokes. Although he continues to be evaluated, the cause for these medical events has not yet been determined. Currently at home, he has expressed a desire not to be far from his home for awhile. It is respectfully requested that he be given some additional time so that the nature of his medical condition can be better determined before a trial is rescheduled. Defense

416762

counsel's trial schedule is going to become quite busy in the next few months. It is therefore respectfully requested that this matter not be rescheduled for trial until at least June 15, 2006.

                RESPECTFULLY SUBMITTED
THE DEFENDANTS
DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department
WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department
DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department
DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department


By____/s/ Jeffrey L. McCormick_____
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413)732-2301  Fax (413)785-4658
jmccormick@robinson-donovan.com
BBO No.: 329740

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

                                                              _____/s/ Jeffrey L. McCormick_____