UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 04 30023- MAP

| | |
|---|---|
| PAULA A. KRAUSE, | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| DONALD S. ROBINSON, Individually and | ) |
| in His Official Capacity as a Police Officer | ) |
| for the Town of Greenfield Police | ) |
| Department | ) |
| | ) |
| WILLIAM GORDON, Individually and | ) |
| in His Official Capacity as a Police Officer | ) |
| for the Town of Greenfield Police | ) |
| Department | ) |
| | ) |
| DAVID W. RICE, Individually and | ) |
| in His Official Capacity as a Police Officer | ) |
| for the Town of Greenfield Police | ) |
| Department | ) |
| | ) |
| DAVID McCARTHY, in His Official | ) |
| Capacity as Chief of Police for the Town of | ) |
| Greenfield Police Department | ) |
|     Defendants | ) |

## DEFENDANTS' FURTHER STATUS REPORT

Pursuant to the Court's most recent order, the defendants report as to the medical status of the defendant David McCarthy and the ability to go forward with trial on a new date. The undersigned, as counsel for the defendants, has this week spoken with Mr. McCarthy, who suffered a stroke in the recent past and has apparently had other smaller strokes. Mr. McCarthy now advises that in his judgment he is medically fit to attend the trial of this matter when it goes forward.

423714

Defense counsel respectfully submits that his general schedule and more specifically his trial schedule, is going to become quite busy in the next few months.  It is therefore respectfully requested that this matter not be rescheduled for trial until at the earliest September 2006.

RESPECTFULLY SUBMITTED
THE DEFENDANTS
DONALD S. ROBINSON, Individually and
in His Official Capacity as a Police Officer
for the Town of Greenfield Police
Department
WILLIAM GORDON, Individually and in
His Official Capacity as a Police Officer for
the Town of Greenfield Police Department
DAVID W. RICE, Individually and in His
Official Capacity as a Police Officer for the
Town of Greenfield Police Department
DAVID McCARTHY, in His Official
Capacity as Chief of Police for the Town of
Greenfield Police Department


By____*/s/ Jeffrey L. McCormick*____
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413)732-2301  Fax (413)785-4658
jmccormick@robinson-donovan.com
BBO No.:  329740

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2006.

_____*/s/ Jeffrey L. McCormick*_____