```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

PAULA A. KRAUSE

      V.                              CA NO:   04-30023-MAP

DONALD S. ROBINSON, ET AL

### **NOTICE OF TRIAL**

April 14, 2006

    The trial in the above captioned case shall commence on Monday, December 4, 2006 at 9:00 a.m.

    Motions <u>in limine</u>, if any, proposed Jury instructions and proposed <u>voir dire</u> questions will be filed no later than one week prior to trial. Trial will proceed from 9:00 until 1:00 p.m thereafter unless otherwise notified.

                                                  MICHAEL A. PONSOR
                                                  U.S. DISTRICT JUDGE


                                                  <u>/s/Elizabeth A. French</u>
                                                    Deputy Clerk

                                                    Deputy Clerk