UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 04 30023- MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>                                    Defendants | )<br>)<br>)<br>) |

## **PROPOSED VOIR DIRE QUESTIONS BY THE DEFENDANTS**

1. Have any of you or any relative or close friend been a victim of police violence?

2. Have any of you or any relative or close friend been a victim of any crime?

3. Have any of you or any relative or close friend ever been arrested or placed into protective custody?

4. Are any of you or any relative or close friend related to a police officer?

465097

5. Do any of you have opinions concerning police training or conduct which would affect your ability to be a fair and impartial juror?

6. Do any of you have opinions concerning police or police conduct generally which would affect your ability to be a fair and impartial juror?

7. Have you or a relative or close friend ever been a party in a lawsuit?

8. Have you or a relative or close friend ever had unsatisfactory dealings with any police officer or any police department?

9. Is there anything about the nature of the charges in this case, i.e. that the plaintiff was unlawfully arrested and imprisoned and that the defendant police officers used excessive force in arresting the plaintiff, which would make you unsure about whether or not you could be a fair and impartial juror?

10. Would any of you give greater or lesser weight to testimony of a law enforcement officer or to an attorney than you would to the testimony of other witnesses?

11. In this case, the plaintiff alleges that she was unlawfully arrested in violation of her Fourth Amendment Rights. Do you believe that if an individual claims she was unlawfully arrested, then it is more likely that something improper happened?

        RESPECTFULLY SUBMITTED
        THE DEFENDANTS
        DONALD S. ROBINSON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department
        WILLIAM GORDON, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department
        DAVID W. RICE, Individually and in His Official Capacity as a Police Officer for the Town of Greenfield Police Department

465097

        DAVID McCARTHY, in His Official Capacity as Chief of Police for the Town of Greenfield Police Department

By    */s/ Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413)732-2301  Fax (413)785-4658
BBO No.: 329740

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of November, 2006.

        */s/Jeffrey L. McCormick*
        Jeffrey L. McCormick, Esq.

465097