UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04 30023- MAP

| | |
|---|---|
| PAULA A. KRAUSE,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DONALD S. ROBINSON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| WILLIAM GORDON, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID W. RICE, Individually and<br>in His Official Capacity as a Police Officer<br>for the Town of Greenfield Police<br>Department | )<br>)<br>)<br>)<br>) |
| DAVID McCARTHY, in His Official<br>Capacity as Chief of Police for the Town of<br>Greenfield Police Department<br>    Defendants | )<br>)<br>)<br>)<br>) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

    Please withdraw my appearance on behalf of the defendants, Donald S. Robinson, William Gordon, David W. Rice and David McCarthy, in the above-captioned matter.

    THE DEFENDANTS,
    DONALD S. ROBINSON,
    WILLIAM GORDON, DAVID
    W. RICE AND DAVID
    MCCARTHY

    By_____/s/Dorothy Varon_____
    Dorothy Varon, Esq., of
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Phone (413) 732-2301
    Fax (413) 785-4658
    BBO No.:  629609

464986

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of November, 2006.

                                                  *Dorothy Varon*
                                                  Dorothy Varon, Esq.

464986