## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

PAULA A. KRAUSE

       V.                                        CA 04-30023-MAP

DONALD ROBINSON, ET AL

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties

that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and

without prejudice to the right, upon good cause shown within SIXTY (60)

days to reopen the action if settlement is not consummated by the parties.

DATED:   December 4, 2006

                               SARAH THORNTON
                               CLERK

                          BY:   /s/Elizabeth A. French
                               Elizabeth A. French
                               Deputy Clerk